IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
_____ DIVISION
No. 5:24-CV-696-BO-KS

FILED
DEC 23 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ JAA ___ DEP CLK

Amy Palacios, et. al.,

Plaintiff(s),

v.

Mike Silver in his capacity as director of training and services

Defendant(s).

**NOTICE OF SELF-REPRESENTATION**

I, __Amy Palacios__, a Plaintiff/Defendant in the above-captioned matter, hereby enter my appearance as a pro se party. I understand that I am responsible for notifying the court of any change in my contact information and if I obtain representation by an attorney in the future.

Pursuant to Local Civil Rule 5.1(f)(2), I understand that where the clerk scans and electronically files documents into the Court's Case Management/Electronic Case Filing ("CM/ECF") system on my behalf, the filing generates a Notice of Electronic Filing ("NEF") that is served on registered users of CM/ECF in the case. The NEF constitutes service on registered users in the case pursuant to Fed. R. Civ. P. 5(b)(2)(E).

I understand that pursuant to Fed. R. Civ. P. 5(d), I must still serve any non-registered users of CM/ECF in the case with a copy of every paper that I file and file a certificate of service.

I agree that all court papers may be mailed to me by first-class mail at the mailing address I provide on this form. I also agree that if I have completed and submitted a Pro Se Consent & Registration Form to Receive Documents Electronically that all court papers may be emailed to me at the email address I provide on this form.

I have previously submitted a Pro Se Consent & Registration Form to Receive Documents Electronically: **Yes** ☐ **No** ☐ If Yes, name under which the form was submitted: _____.

I understand that I am responsible for notifying the court of any change in my contact information and if obtain representation by an attorney in the future. My contact information is listed on the following page:

My Mailing Address is:

3832 Grovesner Street
Harrisburg  NC  28075
Town/City    State    Zip Code

704 579 7100
Telephone Number (daytime)

amypalacios79@gmail.com
Email address

Date:

My Street Address (if different from mailing address) is:

_____
Town/City    State    Zip Code

7045797108
Telephone Number (evening)

_____
Signature

# G.S. § 10B-41 NOTARIAL CERTIFICATE FOR ACKNOWLEDGMENT

_Cabarrus_ County, North Carolina

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she signed the foregoing document:

_Amy Hendricks Palacios_
Name(s) of principal(s)

Date: _12/20/24_

(Official Seal)

[Notary Seal: DIVYESHKUMAR CHAUHAN, NOTARY PUBLIC, CABARRUS COUNTY, N.C., MY COMMISSION EXPIRES 8/1/2026]

_Official Signature of Notary_

Divyeshkumar Chauhan, Notary Public
Notary's printed or typed name

My commission expires: 08/01/2026

**OPTIONAL**

This certificate is attached to a _Notice of Sale Representation_, signed by _Amy Hendricks Palacios_
Title/Type of Document — Name of Principal Signer(s)

on _12/20/24_, and includes _2_ pages.
Date — # of pages