IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-00686

| | |
|---|---|
| KATHERINE MOORE, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MIKE SILVER, in his individual and ) <br> official capacities as Training and Services ) <br> Director for North Carolina ) <br> Administrative Office of the Courts, ) <br> ) <br> Defendant. ) | **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

NOW COMES Defendant Mike Silver, by and through his undersigned counsel, for the limited purpose of moving, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Civil Rule 6.1 of the Local Rules of Practice and Procedure for the Eastern District of North Carolina, for an order extending the time in which he has to file and serve his response to Plaintiffs' Emergency Motion for Preliminary Injunction [DE 9] of fourteen (14) days, up to and including, February 17, 2025. In support of this motion, the undersigned shows unto the Court the following:

1. Plaintiffs commenced this action in the Eastern District of Virginia on November 20, 2024 docketed as 3:24-CV-835. [DE 1]

2. On December 2, 2024, Senior United States District Judge John Gibney, Jr transferred the case to the Eastern District of North Carolina. [DE 3]

3. On December 30, 2024, Plaintiffs filed an emergency motion for a preliminary injunction. [DE 9] On the same day, Plaintiffs also filed an amended complaint. [DE 11]

4. On January 9, 2025, summons was issued addressed to: Mike Silver in his Individual & official capacity as Training Director of NC Administrator of the Court, 901 Corporate Center Drive, Raleigh, NC 27607-5045. [DE 15]

5. Plaintiffs' proof of service states that Defendant Silver was personally served by Stetson Webster at "AOC 901 Corporate Ctr. Dr. Raleigh, NC" on January 13, 2025. [DE 16]

6. The time for Defendant to answer or otherwise respond to Plaintiffs' amended complaint has not expired.

7. Undersigned counsel has had the following intervening deadlines federal district court cases and state cases which have prevented her from being able to fully investigate and analyze the claims in the time initially allowed to respond.

   a. Hagins v. Sherron et al., 5:24-cv-00688-BO-RN (EDNC): response to motion to file supplemental response due January 24, 2025; response to motion for entry of default due January 31, 2025;

   b. Moore v. Silver, 5:24-cv-00686-BO-KS (EDNC): response to amended complaint due February 3, 2025; and

   c. Morris-Wilkins v. Joyner et al., 5:24-CV-00462-M (EDNC): response to second amended complaint due February 4, 2025.

Wherefore, Defendant requests an extension of time to respond to Plaintiffs' Emergency Motion for Preliminary Injunction up to and including February 17, 2025. This response date was calculated from the date of receiving a copy of Plaintiffs' on January 13, 2025. The undersigned has conferred with Plaintiffs, and they consent to this request for additional time.

Respectfully submitted, this the 29th day of January, 2025.

JEFF JACKSON
Attorney General

/s/ Chris D. Agosto Carreiro
Chris D. Agosto Carreiro
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6874
Facsimile: (919) 716-6755
ccarreiro@ncdoj.gov
State Bar No. 45356
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

The undersigned certifies that on this day a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** was served by placing the same in the United States mail, first-class postage prepaid, and addressed to the following:

Katherine Moore, J.D., M.S., CFE
3461 Lacewing Drive
Zebulon, NC 27597
kmoore@protectivemoms.net

Amy Palacios, NP
3832 Grovesner Street
Harrisburg, NC 28075
Amypalacios79@gmail.com

Edyta Hanna Basista
5809 Magellan Way
Apt 203
Raleigh, NC 27612
ehbasista@gmail.com

This the 29TH day of January, 2025.

/s/Chris D. Agosto Carreiro
Chris D. Agosto Carreiro
Special Deputy Attorney General
N.C. Department of Justice