IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-00686

| | |
|---|---|
| KATHERINE MOORE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MIKE SILVER, in his individual and ) | |
| official capacities as Training and Services ) | |
| Director for North Carolina ) | |
| Administrative Office of the Courts, ) | |
| ) | |
| Defendant. ) | |

Defendant Mike Silver moved the court for an extension of time to file an answer or other responsive pleading to Plaintiffs' Emergency Motion for Preliminary Injunction. For good cause shown, the motion is ALLOWED and the aforementioned Defendants shall have up to and including February 17, 2025, to answer or otherwise respond to Plaintiffs' Emergency Motion for Preliminary Injunction.

SO ORDERED, this _____ day of _____, 2025.

_____
United States District Judge/Magistrate/Clerk