RECEIVED
FEB 04 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Supplemental Exhibits
PI per Rule 65