# AFTER VISIT SUMMARY 
WakeMed Primary Care

**Katherine S. Moore** MRN: 4812571
11/15/2024  3:10 PM   WakeMed MyCare 365 Primary & Urgent Care- Zebulon  919-235-1965

---

## Instructions from Amelia Thorpe, FNP

 **Your medications have changed today**
See your updated medication list for details.

 **Pick up these medications at HARRIS TEETER PHARMACY 09700353 - WAKE FOREST, NC - 13686 CAPITAL BLVD**
amoxicillin

Address: 13686 CAPITAL BLVD, WAKE FOREST NC 27587
Phone:   919-554-3226

---

## What's Next
You currently have no upcoming appointments scheduled.

## Allergies
Banana — Rash

---

## WakeMed MyChart
Our records indicate that you have an active WakeMed MyChart account.

You can view your After Visit Summary by going to https://mychart.wakemed.org and logging in with your WakeMed MyChart username and password. If you don't have a WakeMed MyChart username and password but a parent or guardian has access to your record, the parent or guardian should login with their own WakeMed MyChart username and password and access your record to view the After Visit Summary.

If you have questions, you can e-mail mychart@wakemed.org or call 919-350-2288 to talk to our WakeMed MyChart staff. Remember, WakeMed MyChart is NOT to be used for urgent needs. For medical emergencies, dial **911**.

---

## Today's Visit

 You saw Amelia Thorpe, FNP on Friday November 15, 2024. The following issues were addressed: Non-recurrent acute suppurative otitis media of left ear without spontaneous rupture of tympanic membrane and Acute non-recurrent pansinusitis.

 Blood Pressure
109/67

 Weight
44 lb 1.5 oz (95th percentile)

 Temperature (Tympanic)
97.2 °F

 Pulse
96

 Respiration
24

 Oxygen Saturation
99%

Percentiles calculated using: CDC (Girls, 2-20 Years)

Exhibit 15

# Changes to Your Medication List

ⓘ Accurate as of November 15, 2024 3:49 PM.
Our goal is to provide a clear understanding of the purpose and side effects of the medications your provider prescribed for you today. Below is a list of your medications. If you have additional questions or concerns regarding a medication, you may contact the prescribing provider through MyChart or by phone.

## START taking these medications



**amoxicillin** 400 mg/5 mL suspension
Commonly known as: AMOXIL
Started by: Amelia Thorpe, FNP

Take 11.3 mL (904 mg total) by mouth 2 (two) times a day for 10 days.

## Your Care Team

| Unc Pediatrics | PCP - General | 919-782-5273 |
6602 KNIGHTDALE BLVD SUITE 204 KNIGHTDALE NC 27545

## Other Information

- For evaluation of immediate mental health crisis/emergency services please contact mobile crisis at 1-877-626-1772.

  For help with mental health, substance abuse issues or domestic violence please contact the following national helplines:
  **Suicide Prevention Lifeline:** Call 988, Available 24 hours everyday
  **Substance Abuse and Mental Health Services Administration (SAMHSA) Helpline:** 1-800-662-4357, Available 24 hours everyday
  **National Domestic Violence Hotline:** 1-800-799-7233, Available 24 hours everyday

- Your feedback is very important to us. Please update your Inbox spam settings so you are able to receive our survey. The sender will be Professional Research Consultants. Thank you for your time and allowing us to provide your healthcare needs.

## Recommended Care

**Health Maintenance Due**

| Topic | Date Due |
|---|---|
| Influenza vaccines (1 of 2) | Never done |

## Community Resources for Qualifying Individuals

Many organizations offer services for housing, food, transportation and more. Scan the QR codes below to start your search.


**Wake County** Scan the QR code to access the Wake Network of Care site.


**Wake County & Other Parts of North Carolina** Scan the QR code to access NC 211. You can also call 211 or 1-888-892-1162 for assistance by phone.

**NOTE for Patients Covered by Medicaid/Medicare**
Your health insurance company may offer special benefits like free transportation to doctors' appointments, a limited number of meals after a surgery, etc. Please call the customer service number on your card or visit their website for information about free or low-cost services that you may have access to.

## We want to hear from you!
At WakeMed, our patients and their families come first. Please take a moment to visit us online and share feedback about your experience at www.wakemed.org/review-us.



**WAKEMED MYCARE 365 PRIMARY & URGENT CARE- ZEBULON**
Your Care Team

## WakeMed CareEverywhere ID
Care Everywhere CEID = WKM-NG98-3GZ4-SL4D : This CEID applies to WakeMed only. Use "Request Outside Records" to query other Epic organizations.

Case 5:24-cv-00686-BO-KS    Document 24-6    Filed 02/04/25    Page 3 of 3