(TYPE OR PRINT IN BLACK INK)

# STATE OF NORTH CAROLINA

____CABARRUS____ County

File No(s): 20 JT 20
20 JT 21

In The General Court
District Court

**IN THE MATTER OF:**
FILED IN COURTROOM
CABARRUS COUNTY
DATE: 8-15-22
BY: am [Deputy Clerk]

Name Of Juvenile(s):
IN RE MU
IN RE BU

Name Of Applicant:
Amy Palacios

Street Address Of Applicant:

Permanent Mailing Address Of Applicant (If Different Than Above):

Telephone Number Of Applicant:

Full Social Security No
|_|_|_|-|_|_|-|_|_|_|_| ☐ Has No Social Security No.

**ORDER OF ASSIGNMENT
OR
DENIAL OF COUNSEL**
(ABUSE, NEGLECT, DEPENDENCY
TERMINATION OF PARENTAL RIGHTS)

G.S. 7A-450, 7A-451

**Type Of Case**
☐ Abuse/Neglect/Dependency       ☒ Termination of parental rights     _private_

**INSTRUCTIONS:** Use this form when the applicant is a parent named in a juvenile petition to terminate the applicant's parental rights or alleges abuse, neglect or dependency.

## I. ASSIGNMENT OR DENIAL OF COUNSEL

From the petition heard in this matter, it appears to the Court that the applicant named above is party to a proceeding listed in G.S. 7A-451(a)(12) or (14);

and, from the affidavit made by the applicant, and from the inquiry made by the Court, which is documented in the record, it is determined that the applicant:

☐ 1. is financially able to provide the necessary expenses of legal representation; it is ORDERED that the applicant is not an indigent and his/her petition is denied. Therefore, the provisional counsel appointed by the Clerk of Superior Court is released.

☒ 2. is not financially able to provide the necessary expenses of legal representation; it is ORDERED that the applicant is an indigent and is entitled to the services of counsel as contemplated by law. Therefore, the provisional counsel appointed by the Clerk of Superior Court is  ☐ confirmed.  ☐ released.  _appointed_

_(per the Indigent Affidavit)_

Name Of Appointed Attorney (If Applicable): Cynthia Ellison

Next Court Date: to be set by TCC

## II. SIGNATURE OF JUDGE

Date: 8-15-2022    Signature Of Judge: [signature]

Case 5:24-cv-00686-BO-KS   Document 24-13   Filed 02/04/25   Page 1 of 15

Exhibit AP02

(TYPE OR PRINT IN BLACK INK)    In The General Court Of Justice
                                District Court Division

**STATE OF NORTH CAROLINA**    FILED IN COURTROOM
                               CABARRUS COUNTY        File No. 20 JT 20 ; 20 JT 21

CABARRUS County               DATE 8-15-22

Name Of Parent: Amy Palacios                          **AFFIDAVIT OF INDIGENCY**
                                                      **(JUVENILE PROCEEDINGS)**
Street Number And Street Name: 3840 Grovester St
Harrisburg NC                                         G.S. 7A-450 et seq., 7B-602, -2503(1)c., -2506(1)c.

                                                      Allegation(s): ☐ Abuse  ☐ Neglect  ☐ Dependency
                                                      Adjudication(s): ☐ Delinquent (for post-DSS-placement review and
                                                                          permanency planning hearings)
                                                                       ☐ Undisciplined (for post-DSS-placement review and
                                                                          permanency planning hearings)
Permanent Mailing Address Of Parent (If different than above)
                                                      PRIVATE TPR ☒

Telephone Number Of Parent | Date Of Birth            Parent: Have you ever had an attorney appointed to represent you
                                                      in a juvenile abuse/neglect/dependency action regarding the same
Social Security No. Of Parent                         or different child(ren)?  ☐ Yes  ☐ No
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         ☐ Has No Social Security No.

| MONTHLY INCOME (money you make) | | MONTHLY EXPENSES (money you pay out) | |
|---|---|---|---|
| Employment - Parent | $10,483.32 | Number Of Dependents | |
| Name And Address Of Parent's Employer (If not employed, state reason; if self-employed, state trade) Medical Plaza Family and Geriatric Myself | 16,128.18 -3590 10,483.32 | Shelter ☐ Buying ☒ Renting | $3400.00 |
| | | Food (including Food Stamps) | $2000.00 |
| | | Utilities (power, water, heating, phone, cable, etc.) | $2500.00 |
| | | Health Care Insurance | $1580.00 |
| Other Income (Welfare, Food Stamps, S/S, Pensions, etc.) | $ Ø | Installment Payments ☐ Vehicle ☐ Other | $ Ø |
| Employment - Spouse | $ Ø | Car Expenses (gas, insurance, etc.) | $2850.00 |
| Name And Address Of Spouse's Employer | | Support Payments ✱ | $2350.00 |
| | | Other: (specify) | $ |
| **Total Monthly Income** | ▶ $10,483.23 | **Total Monthly Expenses** | ▶ $ -3000.00 |

| DESCRIPTION OF ASSETS AND LIABILITIES | ASSETS (things you own) Ø | LIABILITIES (amounts you owe) |
|---|---|---|
| Cash On Hand And In Bank Accounts (List Name Of Bank & Account No.) | $ | |
| Money Owed To Or Held For Parent  $85,000 | $ | |
| Motor Vehicles (List Make, Model, Year) $60,000 | $ (Fair Market Value) | $ 60,000 (Balance Due) |
| Real Estate  Ø | $ (Fair Market Value) | $ 85,000 (Balance Due) |
| Personal Property  Ø | $ (Fair Market Value) | $ (Balance Due) |
| Other Debts | $ | $ |
| Last Income Tax Filed 20 21   ☒ Refund ☐ Owe | $ | $ |
| Other | $ | $ |
| **Total Assets And Liabilities** | ▶ $ | ▶ $ |

Bond Type | Amount
          | $

By Whom Posted

NOTE: Read the notice on the reverse side before completing this form.
(Over)

AOC-J-226, Rev. 10/19, © 2019 Administrative Office of the Courts

# (TYPE OR PRINT IN BLACK INK)
# STATE OF NORTH CAROLINA

Cabarrus County

File No: 17 CVD 1385

In The General Court Of Justice
[X] District  [ ] Superior Court Division

**Name Of Applicant:** Amy Palacios

**Street Number And Street Name, Including Apartment Or Unit Number If Applicable:** 3840 Grovesner St

**City, State And Zip Code:** Harrisburg NC

**Full Permanent Mailing Address Of Applicant (If Different Than Above):**

FILED IN COURTROOM CABARRUS COUNTY
DATE: 8-15-22
BY: [signature] Deputy Clerk

**CIVIL AFFIDAVIT OF INDIGENCY** — attempting to requesting

**Telephone Number Of Applicant:**
**Date Of Birth:**

[X] Plaintiff  [ ] Defendant

**Full Social Security No:** 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   [ ] Has No Social Security No

G.S. 7A-450 et seq

## MONTHLY INCOME (money you make)

| Item | Amount |
|---|---|
| Employment - Applicant / gross | $16,128.18 |
| Name And Address Of Applicant's Employer (If not employed, state reason; if self-employed, state trade) | 35% taxes |
| | $10,483.32 / $5,644.86 |
| Other Income (Welfare, Food Stamps, S/S, Pensions, etc.) | 0 |
| Employment - Spouse | 0 |
| Name And Address Of Spouse's Employer | $10,483.23 |
| **Total Monthly Income** | $16,128.18 |

## MONTHLY EXPENSES (money you pay out)

| Item | Amount |
|---|---|
| Number Of Dependents | |
| Shelter [ ] Buying [X] Renting | $3400.00 |
| Food (including Food Stamps) | $2000.00 |
| Utilities (power, water, heating, phone, cable, etc.) | $2500.00 |
| Health Care | $1580.00 |
| Installment Payments [ ] Vehicle [ ] Other | 0 |
| Car Expenses (gas, insurance, etc.) cars | $2850.00 |
| Support Payments | $2350.00 |
| Other (specify) | |
| **Total Monthly Expenses** | $-3000.00 |

## DESCRIPTION OF ASSETS AND LIABILITIES

| Item | ASSETS (things you own) | LIABILITIES (amounts you owe) |
|---|---|---|
| Cash On Hand And In Bank Accounts (List Name Of Bank & Account No.) | 0 | |
| Money Owed To Or Held For Applicant | 85,000 | |
| Motor Vehicles (List Make, Model, Year) Navigator 2014 Suburban 2013 | (Fair Market Value) | (Balance Due) 60,000 |
| Real Estate | 0 (Fair Market Value) | (Balance Due) 85,000 |
| Personal Property | 0 (Fair Market Value) | (Balance Due) |
| Other Debts | 60,000 Student loans | |
| Last Income Tax Filed 20 21 [X] Refund [ ] Owe | | |
| Other | | |
| Amount | | |

NOTE: Read the notice on the reverse side before completing this form.
(Over)

# NOTICE TO PERSONS REQUESTING INDIGENCY OR PARTIAL INDIGENCY DESIGNATION

1. When answering the questions on the Affidavit Of Indigency (reverse side of this form), please do not discuss your case with the interviewer. The interviewer can be called as a witness to testify about any statements made in his/her presence. Do not ask the interviewer for any advice or opinion concerning your case.

2. **A designation of indigency relieves your obligation to pay all of the arbitration fee. A designation of partial indigency requires you to pay your appropriate percentage of your pro rata share of the arbitration fee prior to arbitration. Failure to pay the arbitration fee will result in the entry of a civil judgment against you, which will accrue interest at the legal rate set out in G.S. 24-1 from the date of the entry of judgment. Your North Carolina Tax Refund and/or North Carolina Lottery winnings may be taken.**

3. The information you provide may be verified, and your signature below will serve as a release permitting the interviewer to contact your creditors, employers, family members, and others concerning your eligibility for an indigency designation. A false or dishonest answer concerning your financial status could lead to prosecution for perjury. See G.S. 7A-456(a) ("A false material statement made by a person under oath or affirmation in regard to the question of his indigency constitutes a Class I felony.").

---

Under penalty of perjury, I declare that the information provided on this form is true and correct to the best of my knowledge, and that I am financially unable to pay all or part of the arbitration fees prior to the arbitration. I now request that I be designated indigent or partially indigent. I authorize the Court to contact my creditors, employers, or family members, any government agencies or any other entities listed below concerning my eligibility for such designation.

I further authorize my creditors, employers, or family members, any governmental agencies or any other entities listed below to release financial information concerning my eligibility for such designation upon request of the Court.

Governmental Agencies Or Other Entities Authorized To Be Contacted And/Or To Release Information

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Date |
|---|---|
| Date: 8-15-22  Signature: [signed] | Signature Of Applicant: [signed] 8/15/22 |
| ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court  ☐ Magistrate | Name Of Applicant (Type Or Print): Amy Palacios |
| ☐ Notary  Date My Commission Expires: | ☐ Plaintiff  ☐ Defendant |
| SEAL  County Where Notarized: | |

AOC-CV-226, Side Two, Rev. 10/13
© 2013 Administrative Office of the Courts

(TYPE OR PRINT IN BLACK INK)
# STATE OF NORTH CAROLINA

_____ County

File No. 17 CVD 1385
Additional File Nos

In The General Court Of Justice
☒ District ☐ Superior Court Division

Name Of Defendant, Petitioner, Respondent
Amy Palacios

Street Address Of Defendant, Petitioner, Respondent

FILED IN COURTROOM:
CABARRUS COUNTY
DATE: 8-15-22
BY: _____

Permanent Mailing Address Of Defendant, Petitioner, Respondent (if different than above)

## ORDER OF ASSIGNMENT
## OR
## DENIAL OF COUNSEL

Telephone Number Of Defendant, Petitioner, Respondent

☐ Check here if defendant is in jail
Full Social Security No ___-__-____ ☐ Has No Social Security No

G.S. 7A-146(11), 7A-292(15), 7A-450, 7A-451(a), 15A-1340.23(d)

Date Of Offense | Most Serious Class Of Offense

Offense(s)
See Offense Listing on Side Two.

**INSTRUCTIONS:** The Court should complete Part I. or Part II. of this form. Do not use this form for first-degree murder cases or murder cases where the degree is undesignated, except for cases where the defendant was under 18 years of age at the time of the offense, or for capital post-conviction cases or appeals to the Court of Appeals or Supreme Court. For adult first-degree murder cases or murder cases where the degree is undesignated at the trial level, the Office of Indigent Defense Services will use form AOC-CR-624. For capital post-conviction cases, the Office of Indigent Defense Services will use form AOC-CR-625. For appellate cases, the Court will use form AOC-CR-350.

## I. ASSIGNMENT OF COUNSEL

From the petition heard in this matter, the affidavit made by the applicant named above, and the inquiry made by the Court, which is documented in the record, it is determined that the applicant is not financially able to provide the necessary expenses of legal representation, and (check one):

☒ 1. is charged with a felony, a misdemeanor other than a Class 3, or a Class 3 misdemeanor that was committed before December 1, 2013, or is a petitioner or respondent in a proceeding or action listed in G.S. 7A-451(a); it is ORDERED that the applicant is indigent and is entitled to the services of counsel as contemplated by law; and that the attorney named below or the public defender in this judicial district shall provide representation.

☐ 2. is charged with a Class 3 misdemeanor that was committed on or after December 1, 2013, and (check one):
  ☐ a. the Court has found that the defendant has more than three prior convictions; it is ORDERED that the applicant is indigent and is entitled to the services of counsel as contemplated by law.
  ☐ b. the Court has <u>not</u> found at this time that the defendant has more than three prior convictions, the defendant is in custody, the Court does not intend at this appearance to modify the defendant's conditions of release to allow the defendant to be released pending trial without posting a secured bond, and the defendant has a constitutional right to meaningful access to the courts; it is ORDERED that the applicant is indigent and is entitled to the services of counsel as contemplated by law; and that the attorney named below or the public defender in this judicial district shall provide representation that is limited pursuant to G.S. 15A-141(3) and 15A-143 to the time period of the applicant's pretrial confinement on the Class 3 misdemeanor charge.

It is further ORDERED that the defendant shall be represented by:
☒ the attorney named below. ☐ the public defender in this judicial district.

Name Of Appointed Attorney (if applicable)
_____

Next Court Date
_____

Date: 8-15-2022
Signature: _____

☒ Judge ☐ Clerk Of Superior Court ☐ Asst. CSC
☐ Deputy CSC ☐ Magistrate

**NOTE:** A magistrate may appoint counsel if designated to do so by the Chief District Court Judge. See G.S. 7A-146(11) and G.S. 7A-292(15).

Material opposite unmarked squares is to be disregarded as surplusage.
(Over)

AOC-CR-224, Rev. 2/21
© 2021 Administrative Office of the Courts

# NOTICE TO PERSONS REQUESTING A COURT-APPOINTED LAWYER

When [illegible] AOC-G-106 Indigency (reverse side of this form), please do not discuss [illegible] attorneys as witness to testify about any statements made in his/her presence [illegible] Do not ask the attorney for any advice or opinion concerning your case.

A court-appointed lawyer is not free. If your child is adjudicated abused, neglected, or dependent or if you are terminated, the Court may require you to pay the fees of court-appointed counsel as authorized by G.S. [illegible]. Court may also enter a civil judgment against you, which will accrue interest at the legal rate set out in G.S. [illegible] date of the entry of judgment. Your North Carolina Tax Refund may be taken to pay for the cost of your lawyer.

The information you provide may be verified, and your signature below will serve as a release permitting [illegible] creditors, employers, family members, and others concerning your eligibility for a court-appointed lawyer [illegible] answer concerning your financial status could lead to prosecution for perjury. See G.S. 7A-456(a). A false [illegible] by a person under oath or affirmation in regard to the question of his indigency constitutes a Class I felony.

Under penalty of perjury, I declare that the information provided on this form is true and correct to the best of my [illegible] am financially unable to employ a lawyer to represent me. I now request the Court to assign a lawyer to represent me. authorize the Court to contact my creditors, employers, or family members, any governmental agencies or any [illegible] below concerning my eligibility for a court-appointed lawyer.

I further authorize my creditors, employers, or family members, any governmental agencies or any other entities [illegible] financial information concerning my eligibility for a court-appointed lawyer upon request of the Court

[illegible] Name & Address of Other Entities Authorized To Be Contacted And/Or To Release Information

| | Date | 8/15/22 |
|---|---|---|
| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Signature Of Parent | [signature] |
| 8-15-22 [signature] | Name of Parent (type or print) | |
| [illegible] Clerk of Superior Court ☐ Magistrate | | |

SEAL

NOTE: If you are less than 18 years old, or if you are at least 18 years old but remain dependent on and [illegible] name and address of parent, guardian or trustee below

[illegible]

AOC-J-226 Side Two Rev. 10/19
© 2019 Administrative Office of the Courts

STATE OF NORTH CAROLINA

COUNTY OF CABARRUS

FILED IN COURTROOM
CABARRUS COUNTY
DATE: 2/5/24
BY: KT
Asst. Deputy Clerk

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
22 CVD 1761     18/2
IVD: 8752393

Matthew Bledsoe, Plaintiff,

vs

Amy Palacios, Defendant.

**CONTINUANCE ORDER** KB

Plaintiff Atty: Randell Hastings
Defendant Atty: Cynthia Everson
County Atty: Evan Lee

**THIS MATTER** coming on to be heard at the February 5, 2024, non-Jury session of Cabarrus County Civil District Court for

[ ] Establishment of Child Support

[ ] Application of summons for child support;

[ ] Order to Show Cause

[ ] Review of Defendant's compliance with a prior Court Order

[X] Other: Review & Adjustment - Defendant's motion

Present for this hearing was the CCDHS Child Support Agent, CCDHS Attorney as well as:

[X] Plaintiff/Caretaker

[X] Defendant

[X] Plaintiff Attorney: Randell Hastings

[X] Defense Counsel: Cynthia Everson
County Atty: Evan Lee

It appearing to the Court that this matter should be continued based upon the following:
[ ] Defendant has not had sufficient time to answer/reply to the complaint/APPLA in this matter

Case continued to allow Defendant to file her 2023 taxes.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this matter be rescheduled For Monday June 24, 2024, for hearing in Courtroom # 202 of the Cabarrus County Courthouse at 8:30 am; and it is further ordered that: Defendant will have her taxes filed and completed prior to court date.

This the 5th day of February 2024.

District Court Judge Presiding

Consented to by: _____

Evan A. Lee

Case 5:24-cv-00686-BO-KS     Document 24-13     Filed 02/04/25     Page 7 of 15

STATE OF NORTH CAROLINA
COUNTY OF CABARRUS

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
FILE NO. 20-JT-21

IN THE MATTER OF:

Name of Juvenile

MORGAN URBAN

FILED IN COURTROOM
CABARRUS COUNTY
DATE: 2/21/24
BY: _____
Asst/Deputy Clerk

CV1 ☐   CVD ☒   COC ☐

**PRIVATE TPR**
**CONTINUANCE ORDER**

---

The matter was on for the following issue(s): TPR

With the following outcome: ENTO

*Tasks to be completed:*

☐ _____   ☐ _____
☐ _____   ☐ _____
☐ _____   ☐ _____

It is ordered that the above-captioned case be continued for hearing at the 6/25/24 Civil Session of District Court at 10:00 (a.m.)/p.m. in courtroom # 207, at the Cabarrus County Courthouse for the following purpose:

___ Pre-Trial Conference

___ Motion on the following issue(s) _____

___ Hearing terminating parental rights ___ Mother ___ Father

___ Status Review of the following Issue(s) _____

✓ Entry of Order prepared by J. White for Judge NMK

___ Other _____

___ *Continued off Calendar for:*
☐ Request for Setting ☐ Entry of Order by _____ ☐ Other: _____

This is the 21st day of FEBRUARY, 2024.

_____
NATHANIEL M. KNUST, District Court Judge Presiding

C. EVERSON
H.J. WHITE, SR.
A. PALACIOS

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | DISTRICT COURT DIVISION |
| COUNTY OF CABARRUS | 20JT000020-120 |
| | 20JT000021-120 |

In Re: Morgan Urban )
    a minor child )  **CONTEMPT ORDER**

In Re: Bradyn Urban )
    a minor child )

**THIS MATTER** coming on to be heard at the February 21, 2024, non-Jury session of Cabarrus County Civil District Court for an Order to Show Cause for failure to pay Respondent's attorney fees as ordered. Present for this hearing were Petitioner, Amy Palacios represented by Cynthia Everson, Respondent, Brad Urban represented by H. Jay White, Sr. Based on the testimony of witnesses, evidence presented and arguments of counsel, the Court makes the following **FINDING OF FACTS** by the preponderance of the evidence:

    1. This Court ordered on or about May 5, 2022, Petitioner, Amy Urban, shall pay Defense Counsel, H. Jay White, Sr. an attorney's award of $15,855.

    2. That a reasonable time passed for Petitioner to pay H. Hay White, Sr. Prior to the filing of the motion for contempt, Respondent's counsel made demand upon Petitioner for the payment of these fees.

    3. Petitioner has been employed since the entrance of this equitable distribution order earning $166,207 or more each year when the equitable distribution payments were not being made according to the March 24, 2022 order.

    4. At the time of this hearing, Petitioner works as a nurse practitioner earning approximately $166,207.66 in 2023.

    5. Petitioner failed to pay the ordered amount as prescribed by the Court.

    6. This Court did not set a deadline as to when these monies were to be paid; however, a reasonable time has elapsed since that deadline and the monies have not been paid to Respondent's Attorney.

    7. The Order is still in full force and effect and the purpose of the Order may still be served by compliance with the Order.

    8. At the time the Order was entered, Petitioner had the means and ability to comply with the terms of said Order, and she presently has the means and ability to comply with the Order.

Based on the foregoing Findings of Fact, the Court makes the following CONCLUSIONS OF LAW:

1. The parties were properly served with notice of this hearing and the Court has jurisdiction over the parties and subject matter.

2. Petitioner did not present evidence which would constitute a lawful excuse for her failure to pay and such failure is willful.

3. Petitioner's failure to abide by the terms of said Order or to take reasonable measures to do so has been willful and without legal justification or excuse.

4. Petitioner is in willful civil contempt for failure to pay as prescribed by the Court according to the May 5, 2022 order.

5. Petitioner is employed and is financially able to pay support as ordered.

Based on the Foregoing Findings of Fact and Conclusions of Law, it is ORDERED, ADJUDGED, and DECREED that the:

1. Petitioner is in willful civil contempt for her failure to abide by this Court's May 5, 2022 Order;

2. Petitioner may purge her civil contempt by paying $7,000 to H. Jay White, Sr. before the end of the court day.

3. Petitioner shall thereafter continue to comply with the prior order of the Court until the attorneys' fee award is paid in full.

Date: **11/26/2024 11:41:12 AM**

*/s/ Nathanial M. Knust*
Honorable Nathanial M. Knust
District Court Judge Presiding

Official Check

Customer Copy Non-Negotiable

5303204630

AMY HENDRICKS PALACIOS

**TEN THOUSAND DOLLARS and 00 CENTS**

HARTSELL & WILLIAMS PA

UPON PROTEST H. JAY WHITE / EXTORTION

May 20, 2024

$10000.00







# -$10,000.00
TELLER CASHED CHECK #7007902

| | |
|---|---|
| Transaction Date | 05/20/2024 |
| Posted Date | 05/20/2024 |
| Transaction Type | Check |
| Reference Number | 8107498415 |
| Check/Serial # | 7007902 |

— Front Check Image  >

· Back Check Image  >

Please note: If a check needed to be processed more than once, check images may not be available.

**Attach Receipt**

**OFFICIAL CHECK**  1003065911

THE REPLACEMENT OF THIS DOCUMENT REQUIRES THE COMPLETION OF A BB&T DECLARATION OF LOSS

ISSUING BRANCH 6056103-CONCORD - HARRISBURG

**CLIENT COPY**  DATE August 31, 2020

SEEGARS AND TOWNSEND, PLLC  $1,000.00

One Thousand and 00/100ths Dollars  COPY NOT NEGOTIABLE

**BB&T**

MEMO/PURCHASER  AMY URBAN # 1092

---

**OFFICIAL CHECK**  1003065899

THE REPLACEMENT OF THIS DOCUMENT REQUIRES THE COMPLETION OF A BB&T DECLARATION OF LOSS

ISSUING BRANCH 6056103-CONCORD - HARRISBURG

**CLIENT COPY**  DATE August 31, 2020

HARTSELL & WILLIAMS, P.A.  $1,620.00

One Thousand Six Hundred Twenty and 00/100ths Dollars  COPY NOT NEGOTIABLE

**BB&T**

MEMO/PURCHASER  AMY URBAN

---

HARTSELL & WILLIAMS, P.A.
ATTORNEYS AT LAW
CONCORD, N.C.

RECEIVED FROM Amy Urb[an]
One thousand si[x]
Re - Brad U[rban]

CASH ☐  CHECK ☐  THANK Y[OU]

$ 1620.00

1003065911

OF LOSS

RRISBURG

$1,000.00
COPY NOT NEGOTIABLE

1003065899

OF LOSS

RRISBURG

$1,620.00
COPY NOT NEGOTIABLE

HARTSELL & WILLIAMS, P.A.
ATTORNEYS AT LAW
CONCORD, N.C.

HJW

N° 17513

DATE 9-1-20

RECEIVED FROM Amy Urban

One thousand six hundred twenty 00/100 DOLLARS

Re - Brad Urban

CASH ☐  CHECK ☐  THANK YOU,  HARTSELL & WILLIAMS, P.A.

$ 1620.00  BY *[signature]*

This is the 7th day of August, 2020.

appointed guardian ad litem, Otha Townsend.

*[signature]*
Jonathan Perry Watson
Assistant Clerk of Superior Court