| File No. 24CR405552-910 | Law Enforcement Case No. P24052051 | LID No. | |
|---|---|---|---|
| **WARRANT FOR ARREST** | RALEIGH POLICE DEPARTMENT | | **Plaintiffs' Exhibit EB00** |
| **THE STATE OF NORTH CAROLINA VS.** | **STATE OF NORTH CAROLINA** | In The General Court Of Justice District Court Division | |

Name And Address Of Defendant
EDYTA HANNA BASISTA
5809 Magellan Way
203
Raleigh    NC    27612-2284
Wake COUNTY    (516) 446-0877

WAKE County

Spoken Language Court Interpreter Needed For Any Party, Victim, Or Witness? (If Yes, identify person(s) and language(s). Interpreters provided for all court proceedings at no cost.)
[X] No  [ ] Yes: (explain)

**OFFENSE(S)** (see AOC-CR-100 Continuation(s) for charging text)

| Count No. | Offense | Offense in Violation Of G.S. | Offense Code |
|---|---|---|---|
| 1 | M - MISDEMEANOR STALKING | 14-277.3A(C) | 5381 |

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | F | 05/01/1977 | 47 |

Name Of Defendant's Employer

Date Of Offense
12/06/2020

[ ] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

Date Of Arrest & Check Digit No. (as shown on fingerprint card)

Complainant Name (and address, if Complainant is an officer)
T. Y. Jordan
RALEIGH POLICE DEPARTMENT
6716 Six Forks Rd
RALEIGH    NC    27615
WAKE

Witness Information

**TO ANY OFFICER WITH AUTHORITY AND JURISDICTION TO EXECUTE A WARRANT FOR ARREST FOR THE OFFENSE(S) CHARGED IN THIS WARRANT:**
I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-100 Continuation(s), which is (are) incorporated by reference. This act(s) was in violation of the law referred to in this Warrant For Arrest. This Warrant For Arrest is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Date Issued | Name Of Issuing Official | Signature | [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court [ ] District Court Judge [ ] Superior Court Judge |
|---|---|---|---|
| 09/09/2024 | P.POWE | | |

| Location Of Court | Court Date | Court Time |
|---|---|---|
| Wake Co. Justice Center, Courtroom 101 | 10/03/2024 | 7:45 AM |

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |
|---|---|---|---|

Case 5:24-cv-00686-BO-KS    Document 25    Filed 02/11/25    Page 1 of 9

AOC-CR-100, Rev. 7/24, © 2024 Administrative Office of the Courts    (Over)    VRA Case

| STATE VERSUS | WAKE County | File No. 24CR405552-910 |

Name Of Defendant: EDYTA HANNA BASISTA
Date Of Issuance Of Warrant For Arrest: 09/09/2024

NOTE: *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

**OFFENSES (continued)**

**Count 1.  Offense: M - MISDEMEANOR STALKING**

*Charging Text For This Count*

On or about the date of offense shown and in the county named above the defendant unlawfully and willfully did, without legal purpose, on more than one occasion harass EVONNE HOPKINS by EMAILS. The defendant knew and should have known that the harassment would cause a reasonable person to fear for the person's safety or the safety of the person's immediate family.

**Count 2.  Offense:**

*Charging Text For This Count*

**OFFENSES (continued)**

**Count 3.   Offense:**

Charging Text For This Count

**Count 4.   Offense:**

Charging Text For This Count

| STATE VERSUS | WAKE County | File No. 24CR405552-910 |
|---|---|---|

Name Of Defendant: EDYTA HANNA BASISTA
Date Of Issuance Of Warrant For Arrest: 09/09/2024

NOTE: Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).

**OFFENSES (continued)**

**Count 5.** Offense:

Charging Text For This Count

**Count 6.** Offense:

Charging Text For This Count

| STATE VERSUS | WAKE County | File No. 24CR405552-910 |

Name Of Defendant: EDYTA HANNA BASISTA
Date Of Issuance Of Warrant For Arrest: 09/09/2024

NOTE: Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).

**OFFENSES (continued)**

**Count 7.** Offense:

Charging Text For This Count

**Count 8.** Offense:

Charging Text For This Count

| STATE VERSUS | WAKE County | File No. 24CR405552-910 |
|---|---|---|

Name Of Defendant
EDYTA HANNA BASISTA

Date Of Issuance Of Warrant For Arrest
09/09/2024

NOTE: *Use this page to set forth the charging text for each offense listed on the AOC-CR-100. G.S. 15A-924(a)(5).*

**OFFENSES (continued)**

**Count 9.   Offense:**

*Charging Text For This Count*

**Count 10.   Offense:**

*Charging Text For This Count*

| STATE VERSUS | WAKE County | File No. 24CR405552-910 |
|---|---|---|
| **Name Of Defendant** EDYTA HANNA BASISTA | If the Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. | |
| **Date Of Issuance Of Warrant For Arrest** 09/09/2024 | | |

### RETURN OF SERVICE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

**Name Of Judicial Official**

☐ The Warrant WAS NOT served for the following reason:

**Signature Of Officer Making Return**

**Name Of Officer (type or print)**

**Department Or Agency Of Officer**

### REDELIVERY/REISSUANCE

| Date | Name Of Clerk (type or print) | Signature Of Clerk | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
|---|---|---|---|
| | | | |

### RETURN FOLLOWING REDELIVERY/REISSUANCE

I certify that the Warrant For Arrest issued in this case on the date noted above for the defendant named above, was received and served as follows:

| Date Received | Date Served | Time Served | Date Returned |
|---|---|---|---|
| | | | |

☐ By arresting the defendant and bringing the defendant before:

**Name Of Judicial Official**

☐ The Warrant WAS NOT served for the following reason:

**Signature Of Officer Making Return**

**Name Of Officer (type or print)**

**Department Or Agency Of Officer**

| | | |
|---|---|---|
| **STATE VERSUS** | WAKE County | File No. 24CR405552-910 |

Name Of Defendant
EDYTA HANNA BASISTA

Date Of Issuance Of Warrant For Arrest
09/09/2024

**NOTE:** Use this page to enter judgment on a Warrant For Arrest. Use this Judgment page only if imposing a **single, consolidated** judgment for all offenses of conviction charged under this file number. Do **not** use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).

## JUDGMENT

District Attorney | ☐ Def. Waived Attorney  ☐ Def. Found Not Indigent | Attorney For Defendant | ☐ Appointed  ☐ Retained | **PRIOR CONVICTIONS:** No./Level: 0 ☐ I (0)  ☐ II (1-4)  ☐ III (5+)
☐ Def. Denied Appointed Counsel

**OFFENSES:** The following offenses, which are set forth by Count No. in the Warrant For Arrest issued in this case on the date noted above for the defendant named above, are the subject of this Judgment:

Count 1   PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

Count 2   PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

Count 3   PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

Count 4   PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

Count 5   PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

Count 6   PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

Count 7   PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

Count 8   PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

Count 9   PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

Count 10  PLEA: ☐ guilty ☐ not guilty ☐ no contest _____   VERDICT: ☐ guilty ☐ not guilty _____   M.CL.: ☐ A1 ☐ 1 ☐ 2 ☐ 3

(Over)

| | | File No. | |
|---|---|---|---|
| **STATE VERSUS** | WAKE County | | 24CR405552-910 |

Name Of Defendant
EDYTA HANNA BASISTA

*NOTE: Use this Judgment page only if imposing a single, consolidated judgment for all offenses of conviction charged under this file number. Do not use this Judgment page to impose sentence: (i) if imposing separate judgments for separate offenses of conviction charged under this file number; (ii) to impose supervised probation; or (iii) for DWI sentences under G.S. 20-179. For DWI, use AOC-CR-342 (active) or AOC-CR-310 (probation). For structured sentencing offenses, use AOC-CR-602 (active) or AOC-CR-604 (probation).

## JUDGMENT (continued)

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the plea(s) on Side One. On the verdict(s) from Side One, it is ORDERED that all offenses of conviction, if more than one, be consolidated for judgment with Count No. _____ (list count of lead offense) and that the defendant:

☐ pay the following fine/penalty and costs:  Amount Of Fine/Penalty $_____  Costs $_____

☐ be imprisoned for a term of _____ days in custody of the ☐ sheriff. ☐ MCP. ☐ Other:* _____. Pretrial credit _____ days served.

☐ Work release ☐ is recommended. ☐ is not recommended. (NOTE: To order work release, use form AOC-CR-602 to impose judgment.)

☐ The Court finds that a ☐ longer ☐ shorter period of probation than that which is specified in G.S. 15A-1343.2(d) is necessary.

☐ Execution of the sentence is suspended and the defendant is placed on unsupervised probation* for _____ months, subject to the following conditions:
  1. commit no criminal offense in any jurisdiction.  2. possess no firearm, explosive or other deadly weapon listed in G.S. 14-269.
  3. remain gainfully and suitably employed, or faithfully pursue a course of study or of vocational training that will equip the defendant for suitable employment and abide by all rules of the institution.
  4. satisfy child support and family obligations, as required by the Court.  5. Submit to the taking of digitized photographs, including photographs of the defendant's face, scars, marks, and tattoos, to be included in the defendant's records.  6. pay to the Clerk the costs of court and any additional sums shown below.

| Costs | Fine | Restitution** | Attorney's Fee | Community Service Fee | Other | Total Amount Due |
|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ |

**Name(s), address(es), and amount(s) for aggrieved party(ies) to receive restitution: (NOTE TO CLERK: Record SSN or Tax ID No. of aggrieved party(ies) on AOC-CR-382, "Certification Of Identity (Victims' Restitution)/Certification Of Identity (Witness Attendance).")

☐ 7. complete _____ hours of community service during the first _____ days of probation, as directed by the judicial services coordinator, and pay the fee prescribed by G.S. 143B-1483 within _____ days.
☐ 8. not be found in or on the premises of the complainant or _____.
☐ 9. not assault, communicate with or be in the presence of the complainant or _____.
☐ 10. provide a DNA sample pursuant to G.S. 15A-266.4. (AOC-CR-319 required)
☐ 11. Other: _____

☐ The Court finds just cause to waive costs as ordered on attached ☐ AOC-CR-415. ☐ AOC-CR-618. ☐ Other: _____.

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
 ☐ case be consolidated for judgment with _____.
 ☐ sentence is to run at the expiration of the sentence in _____.

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury.
 ☐ No probable cause is found as to Count(s) _____ of this Warrant and the Count(s) is dismissed.

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

### APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the ☐ District ☐ Superior Court.
☐ The current pretrial release order is modified as follows: _____

| Date | Name Of District Court Judge Or Magistrate (type or print) | Signature Of District Court Judge Or Magistrate |
|---|---|---|

### CERTIFICATION

| I certify that this Judgment is a true and complete copy of the original which is on file in this case. | Date | Date Delivered To Sheriff | Signature | ☐ Dep. CSC ☐ Asst. CSC ☐ Clerk Of Superior Court |
|---|---|---|---|---|

Case 5:24-cv-00686-BO-KS    Document 25    Filed 02/11/25    Page 9 of 9

AOC-CR-100 Judgment, Side Two, Rev. 7/24, © 2024 Administrative Office of the Courts