IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-00686

KATHERINE MOORE, et al.       )
                            )
      Plaintiffs,           )
                            )
     v.                     )
                            )     **MOTION TO DISMISS**
MIKE SILVER, in his individual and official   )
capacities as Training and Services Director   )
for North Carolina Administrative Office of   )
the Courts,                   )
                            )
      Defendant.          )

NOW COMES Defendant Mike Silver, in his individual and official capacities as Training and Services Director for the North Carolina Administrative Office of the Courts, by and through undersigned counsel, hereby moves this Court pursuant, to Rules 12(b)(1) (6), to dismiss this action. In support of this motion, Defendant relies on the legal authority and arguments set forth in the supporting contemporaneously filed memorandum of law.

Respectfully submitted, this the 17th day of February, 2025.

**JEFF JACKSON**
**Attorney General**

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-0091
Facsimile: (919) 716-6755
eobrien@ncdoj.gov
State Bar No. 28885
*Counsel for Defendant*

1

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on this day a copy of the foregoing **MOTION TO DISMISS** was served by placing the same in the United States mail, first-class postage prepaid, and addressed to the following:

Katherine Moore, J.D., M.S., CFE
3461 Lacewing Drive
Zebulon, NC 27597
kmoore@protectivemoms.net

Amy Palacios, NP
3832 Grovesner Street
Harrisburg, NC 28075
Amypalacios79@gmail.com

Edyta Hanna Basista
5809 Magellan Way
Apt 203
Raleigh, NC 27612
ehbasista@gmail.com

This the 17th day of February, 2025.

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice