IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISON
Civil Action No. 5:24-00686

| KATHERINE MOORE, et al. | ) |  |
|---|---|---|
|   | ) |  |
| Plaintiffs, | ) |  |
|   | ) | **NOTICE OF WITHDRAWAL AS** |
| v. | ) | **COUNSEL** |
|   | ) |  |
| MIKE SILVER, in his individual and official capacities as Training and Services Director for North Carolina Administrative Office of the Courts, | ) ) ) ) |  |

Pursuant to Local Civil Rule 5.2(d), Special Deputy Attorney General Elizabeth Curran O'Brien hereby notifies the Court of the withdrawal of Chris Agosto Carreiro as counsel for Defendant Mike Silver in the above-captioned matter. Ms. Carreiro will be leaving employment with the North Carolina Department of Justice on March 31, 2025. Ms. O'Brien has been and will continue to represent this defendant in this matter.

Respectfully submitted, this the 11th day of March, 2025.

JEFF JACKSON
Attorney General

/s/Elizabeth Curran O'Brien

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Facsimile: (919) 716-6755
Email: eobrien@ncdoj.gov
*Attorney for Defendant Silver*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day a copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was served by placing the same in the United States mail, first-class postage prepaid, and addressed to the following:

Katherine Moore, J.D., M.S., CFE
3461 Lacewing Drive
Zebulon, NC 27597
kmoore@protectivemoms.net

Amy Palacios, NP
3832 Grovesner Street
Harrisburg, NC 28075
Amypalacios79@gmail.com

Edyta Hanna Basista
5809 Magellan Way
Apt 203
Raleigh, NC 27612
ehbasista@gmail.com

This the 11th day of March, 2025.

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice