UNITED STATES DISTRICT COURT.
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 5:24-cv-00686-BO-KS

KATHERINE MOORE, et al,

    Plaintiffs,

      v.

Mike Silver in his individual and official
capacity as Training and Services Director
For the North Carolina Administrative
Office of the Court

**ORDER GRANTING MOTION
TO SEAL PLAINTIFFS'
EXHIBIT EB02**

This matter is before the Court on Plaintiff Edyta Hanna Basista's Motion to Seal Plaintiffs'

Exhibit EB02 pursuant to Federal Rule of Civil Procedure 5.2 and Local Civil Rule 79.2.

Plaintiff Basista seeks to seal Plaitiffs' Exhibit EB02, which contains confidential Personally

Identifiable Information (PII), in order to protect Plaintiffs privacy and prevent public disclosure

of sensitive information.

Having considered the motion and the contents of Plaintiffs' Exhibit EB02, the Court finds that

good cause exists to grant the motion. The request is narrowly tailored and justified under the

circumstances to prevent irreparable harm to Plaintiff.

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Seal Plaintiffs' Exhibit EB02 is GRANTED.

2. Plaintiffs' Exhibit EB02 shall remain under seal and access shall be restricted to the Court

   and authorized parties.

1

3. This order is without prejudice to any future motion to unseal filed by the Court or any party.

**SO ORDERED**

This the _31_ day of _March_ 2025.


TERRENCE W. BOYLE

United States District Judge