UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KATHERINE MOORE, AMY PALACIOS, and EDYTA BASISTA, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE SILVER, in his individual and official capacities as Training and Services Director for North Carolina Administrative Office of the Courts, <br><br> Defendant. | **JUDGMENT** <br><br> 5:24-CV-686-BO-KS |

**Decision by Court.**
This cause comes before the Court on plaintiffs' motions for preliminary injunction and defendant's motion to dismiss. The appropriate responses and replies have been filed, or the time for doing so has expired, and the motions are ripe for disposition.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs' motions for preliminary injunction [DE 9; DE 21] are DENIED. Defendant's motion to dismiss [DE 30] is GRANTED. Plaintiffs' motion for leave to file excess pages [DE 22] is GRANTED. The motion to withdraw as attorney for defendant Silver [DE 33] is GRANTED. Plaintiffs' motion for submission of all relevant documentation [DE 35] is DENIED AS MOOT. Plaintiffs' motion for expedited consideration [DE 37] is also DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on April 25, 2025, and served on:**
Edyta Basista (via CM/ECF Notice of Electronic Filing)
Katherine Moore (via US Mail to 3461 Lacewing Drive, Zebulon, NC, 27597)
Amy Palacios (via US Mail to 3832 Grovesner Street, Harrisburg, NC, 28075)
Elizabeth O'Brien (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

April 25, 2025

/s/ Lindsay Stouch
By: Deputy Clerk