IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 24-cv-00686


FILED
MAY 02 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Katherine Moore, et. al )
) PLAINTIFFS' MEMO IN OPPOSITION TO
) MOTION TO DISMISS
) INJUNCTION
) Notice of Appeal
Plaintiffs, )
)
v. )
)
Mike Silver in his individual and official )
capacity as Training and Services Director )
For the North Carolina Administrative )
Office of the Court )
)
Defendant )

## NOTICE OF APPEAL

Notice is hereby given that Katherine Moore, et. al, the Petitioners in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on April 24, 2025, denying the Petition filed by Petitioner.

This appeal is taken from a final order that disposes of all claims in the action.

Date: April 30, 2025

Respectfully submitted,

*signature*
Katherine Moore, J.D., M.S., CFE
3461 Lacewing Drive
Zebulon, NC 27597
(786) 797-0507
kmoore@protectivemoms.net

Anita Washington
5016 South Amherst Hwy,
Madison Heights, VA 24572
(252) 639-8999
anitawashington279@gmail.com

*signature*
Amy Palacios, NP
3832 Grovesner Steet,
Harrisburg, NC 28075
(704) 579-7108
amypalacios79@gmail.com

*signature*
Edyta Hanna Basista
5809 Magellan Way, Apt 203
Raleigh, NC 27612
(516) 446-0877
ehbasista@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true copy of the foregoing **PLAINTIFFS' NOTICE OF APPEAL,** to be served by mail to Elizabeth Curran O'Brien, Special Deputy Attorney General, N.C. Department of Justice, P.O. Box 629, Raleigh, NC 27602-0629 and addressed to the following:

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice

This the 30th day of April, 2025

Katherine Moore, J.D., M.S., CFE
3461 Lacewing Drive
Zebulon, NC 27597
(786) 797-0507
kmoore@protectivemoms.net